**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1846**

SIDNEY B. HARR,

            Plaintiff - Appellant,

      v.

RICHARD H. BRODHEAD, President; DUKE UNIVERSITY, c/o Pamela
J. Bernard, General Counsel; ASSOCIATED PRESS; DAVID F.
LEVI, Dean,

            Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. Catherine C. Eagles,
District Judge. (1:16-cv-00304-CCE-JLW)

Submitted: December 20, 2016      Decided: December 22, 2016

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sidney B. Harr, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sidney B. Harr appeals the district court's order dismissing on res judicata grounds his civil action against Defendants, and imposing a prefiling injunction against and sanctions on Harr. We have reviewed the record and found no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Harr v. Brodhead, No. 1:16-cv-00304-CCE-JLW (M.D.N.C. June 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED